## Case No. 8,716.

McCORKER v. The THOMAS WALKER.

[Cited in The E. A. Barnard, 2 Fed. 717. Nowhere reported; opinion not now accessible.]